UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   5:26-cv-03117-SSC                    Date: July 17, 2026

Title      Zhangtao Wang v. Warden of Adelanto ICE Processing Center, et al.


Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge


|          Teagan Snyder          |          n/a          |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| None Present | None Present |


**Proceedings:**   (IN CHAMBERS) **Order Directing Respondents to File Further Supplemental Briefing**


On June 6, 2026, Petitioner Zhangtao Wang filed this petition for writ of habeas corpus by person in federal custody pursuant to 28 U.S.C. § 2241.  (ECF 1.)  Petitioner is in immigration detention in Adelanto, California.  (*Id.* at 1.)

In addition to a due process claim, the petition brings a claim for unlawful detention under 8 U.S.C. § 1226(a).  (*Id.* at 11.)  Petitioner alleges that "[w]hen the [Immigration and Customs Enforcement] agents detained Petitioner, he was not presented with any warrant authorizing the detention as required under § 1226(a)."  (*Id.*)  Petitioner argues that "[b]y detaining Petitioner without providing a warrant, Respondents have acted in excess of their statutory authority under 8 U.S.C. § 1226(a)."  (*Id.*)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   5:26-cv-03117-SSC                     Date: July 17, 2026

Title      Zhangtao Wang v. Warden of Adelanto ICE Processing Center, et al.

On June 15, 2026, Respondents filed an answer.  (ECF 8.) Respondents' answer does not address Petitioner's statutory argument under § 1226(a) nor otherwise clarify whether Petitioner was presented with a warrant upon his re-detention.

The Court ORDERS Respondents to file supplemental briefing no later than **July 24, 2026,** addressing (1) whether Petitioner was presented with a warrant upon his re-detention; and (2) Petitioner's statutory argument under § 1226(a).  Respondents should attach as an exhibit a copy of any such warrant.

Petitioner may file a response to Respondent's supplemental brief no later than **July 31, 2026.**  If Petitioner files a response, Petitioner should also address whether he has appealed his May 28, 2026 bond denial to the Board of Immigration Appeals, as the deadline for the appeal had not yet passed when the petition and the reply were filed but has since passed.

**IT IS SO ORDERED.**

                                                                    :
                                        Initials of Preparer        **ts**