UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ZHANGTAO WANG,
Petitioner,
v.
WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,
Respondents.

Case No. 5:26-cv-03117-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, IT IS ADJUDGED that the petition is DENIED. The Clerk of Court is directed to close this case.

DATED: September 21, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE